IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

ALBERTO PENA VILLA and
VERONICA VILLA, individually and
d/b/a EL LUGARCITO RESTAURANT,
a/k/a RESTAURANT EL LUGARCITO,

    Defendants.
                                      /

No. C 11-01164 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** plaintiff's request to attend the case management conference by telephone because courtroom equipment does not make it feasible to do so.

    **IT IS SO ORDERED.**

Dated: October 13, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE