1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 | J & J Sports Productions, Inc.,        | CASE NO. 5:11-cv-01164-LHK |
11 |                                         |                            |
   |              Plaintiff,                 | STIPULATION OF DISMISSAL OF |
12 |                                         | PLAINTIFF'S COMPLAINT AGAINST |
   |              vs.                        | DEFENDANTS ALBERTO PENA VILLA |
13 |                                         | A/K/A ALBERTO SANCHEZ and   |
14 | Alberto Pena Villa a/k/a Alberto Sanchez,| VERONICA VILLA, individually and d/b/a |
   | et al.,                                 | EL LUGARCITO A/K/A RESTAURANT EL |
15 |                                         | LUGARCITO                   |
   |              Defendants.                | ORDER DISMISSING CASE       |
16

17         IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,

18  INC. and Defendants ALBERTO PENA VILLA A/K/A ALBERTO SANCHEZ and VERONICA

19  VILLA, individually and d/b/a EL LUGARCITO A/K/A RESTAURANT EL LUGARCITO, that the

20  above-entitled action is hereby dismissed **without prejudice** against ALBERTO PENA VILLA

21  A/K/A ALBERTO SANCHEZ and VERONICA VILLA, individually and d/b/a EL LUGARCITO

22  A/K/A RESTAURANT EL LUGARCITO and subject to the Court's jurisdiction to enforce the

23  settlement agreement reached between the Parties.

24         IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

25  motion to reopen this action by March 1, 2013, the dismissal shall be deemed to be **with prejudice**.

26  ///
27  ///
28  ///

ORDER DISMISSING CASE
5:11-cv-01164-LHK
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 21, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

ALBERTO PENA VILLA A/K/A ALBERTO SANCHEZ
Individually and d/b/a EL LUGARCITO A/K/A
RESTAURANT EL LUGARCITO

Dated:

VERONICA VILLA
Individually and d/b/a EL LUGARCITO A/K/A
RESTAURANT EL LUGARCITO

The Clerk shall close the file.

**IT IS SO ORDERED.**

Lucy H. Koh
United States District Judge

Dated: October 28, 2011

///

///

ORDER DISMISSING CASE
5: 11-cv-01164 LHK
PAGE 2